**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:    STEVEN THOMAS CRUMBACHER | Case No: 08-59297 |
| LAURA LYNN CRUMBACHER | |
| 2284 MARIBETH PL | Chapter 13 |
| GROVE CITY, OH  43123 | |
| | Judge: C KATHRYN PRESTON |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on February 28, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:   STEVEN THOMAS CRUMBACHER             Case No: 08-59297
         LAURA LYNN CRUMBACHER
         2284 MARIBETH PL                     Chapter 13
         GROVE CITY, OH  43123

                                              Judge: C KATHRYN PRESTON

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on September 30, 2008.
The plan was confirmed on February 09, 2009.
The Case was concluded on February 28, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        139,276.30

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 18.00%

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---:|---:|---:|---:|
| American Medical Collection Agency<br>00050        Secured-HHG | 0.00 | 0.00 | 0.00 | 0.00 |
| Ameripath Cleveland<br>00007        Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AT&T BANKRUPTCY<br>00008        Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Attorney General - Rev Rec<br>00010        Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00006        Priority | 275.94 | 275.94 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00049        Unsecured | 286.93 | 286.93 | 0.00 | 0.00 |
| Cashcall Inc<br>00012        Unsecured | 468.56 | 468.56 | 0.00 | 0.00 |
| Check N Go<br>00014        Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Check N Go<br>00015        Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|---|
| Checkland<br>00016 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Checksmart<br>00017 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Citifinancial<br>00018 | Unsecured | 128.80 | 128.80 | 0.00 | 0.00 |
| Citimortgage Inc<br>00003 | Pre-Pet MTG Arrears | 18,688.92 | 18,688.92 | 0.00 | 0.00 |
| Citimortgage Inc<br>00002 | Mortgage | Continuing | 76,758.56 | 0.00 | 0.00 |
| DFS SERVICES LLC<br>00020 | Unsecured | 702.11 | 702.11 | 0.00 | 0.00 |
| Direct Loan<br>00019 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Drs Anesthesia Services<br>00021 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION<br>00011 | Unsecured | 156.29 | 156.29 | 0.00 | 0.00 |
| FDS BANK/MACYS<br>00027 | Unsecured | 178.09 | 178.09 | 0.00 | 0.00 |
| FRANCIS APPRAISAL GROUP<br>00043 | Appraiser | 290.00 | 290.00 | 0.00 | 0.00 |
| GM CARD<br>00022 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| HomeReach<br>00023 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00044 | Unsecured | 2,147.35 | 2,147.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00005 | Priority | 4,291.47 | 4,291.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00013 | Unsecured | 133.88 | 133.88 | 0.00 | 0.00 |
| Just Smiles<br>00024 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Knightsbridge Surgery Center<br>00025 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| LABCORP<br>00026 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| LAURA LYNN CRUMBACHER<br>00000 | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| MaternOhio<br>00028 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MCI<br>00029 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MCI Long Distance<br>00030 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Dermatology Inc<br>00031 | Unsecured | 18.47 | 18.47 | 0.00 | 0.00 |
| MID OHIO EMERGENCY SERVICES<br>00051 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MIDWEST PHYSICIANS ANESTHESIA<br>00032 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| NATIONAL CHECK CASHERS<br>00033  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| National City Bank<br>00034  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| NOBILE & THOMPSON<br>00045  Administrative Priority | 36.00 | 36.00 | 0.00 | 0.00 |
| Ohio Surgery Center<br>00035  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| OhioHealth Business Office<br>00036  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ortho & Neuro Consultants<br>00037  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Paraskos, Teteris Diaz MD<br>00038  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00047  Unsecured | 56.95 | 56.95 | 0.00 | 0.00 |
| Premier Anesthesiologists Ltd<br>00039  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>00046  Unsecured | 18.81 | 18.81 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA<br>00001  Secured-506 | 9,299.23 | 9,299.23 | 645.07 | 0.00 |
| Southfield Village HOA<br>00040  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| STEVEN THOMAS CRUMBACHER<br>00000  Debtor Refund | 0.00 | 5,879.61 | 0.00 | 0.00 |
| U.S. Department of Education<br>00041  Unsecured | 2,820.42 | 2,820.42 | 0.00 | 0.00 |
| Univeristy Otolaryngologists<br>00042  Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION<br>00048  Unsecured | 10,999.55 | 10,999.55 | 0.00 | 0.00 |
| US DEPT OF HUD C/O DEVAL LLC<br>00004  Secured | Paid outside | 0.00 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC<br>00009  Unsecured | 75.87 | 75.87 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 5,879.61 | 5,879.61 | | |
| Debtor refund to be issued upon the<br>approval of the Final Report and Account | 2,593.16 | 2,593.16 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 27,988.15 | 4,893.41 | 101,067.01 | 0.00 | 8,472.77 | 142,421.34 |
| PRIN PAID | 27,988.15 | 4,893.41 | 18,192.08 | 76,758.56 | 8,472.77 | 136,304.97 |
| INT PAID | 645.07 | 0.00 | 0.00 | 0.00 | | 645.07 |
| | | | | | TOTAL PAID: | 136,950.04 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MATTHEW J THOMPSON ESQ | 2,600.00 | 2,600.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 5,512.27 | 0.00 | 93.60 | 5,605.87 |

Dated: 03/12/2014

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  STEVEN THOMAS CRUMBACHER<br>LAURA LYNN CRUMBACHER<br>2284 MARIBETH PL<br>GROVE CITY, OH  43123 | Case No: 08-59297<br><br>Chapter 13<br><br>Judge: C KATHRYN PRESTON |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  STEVEN THOMAS CRUMBACHER                                              Case No: 08-59297
        LAURA LYNN CRUMBACHER
        2284 MARIBETH PL                                                              Chapter 13
        GROVE CITY, OH  43123

        Judge: C KATHRYN PRESTON

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 12, 2014, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
MATTHEW J THOMPSON ESQ

and on the following by **ordinary U.S. Mail** addressed to:

STEVEN THOMAS CRUMBACHER
LAURA LYNN CRUMBACHER
2284 MARIBETH PL
GROVE CITY, OH  43123
**See Creditor Matrix**
**All Creditors and Parties in Interest**

CitiMortgage, Inc.
, 000000000

PRA Receivables Management LLC
POB 41067
Norfolk, VA 235410000

US Department of Housing & Urban Development
c/o Deval LLC
1255 Corporate Drive &#035;300
Irving, TX 750380000

Vativ Recovery Solutions, LLC
Vativ Recovery Solutions LLC
PO Box 40728
Houston, TX 772400728

AT&T Bankruptcy
175 E. Houston St. &#035;100
San Antonio, TX 782580000

AT&T Wireless
Palisades Collections LLC
Vativ Recovery Solutions,LLC, dba SMC
PO BOX 40728
Houston, TX 772400728

American Medical Collection Agency
2269 South Saw Mill River Road
Building 3
Elmsford, NY 105230000

Ameripath Cleveland
PO Box 830913
Birmingham, AL 352830913

Anne Szablewski
2125 Dry Ridge Rd.
Grove City, OH 431230000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 432150000

Attorney General - Rev Rec
ATTN: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH 432150000

CCS Inc.
23220 Chagrin Blvd. &#035;400
Cleveland, OH 441220000

Capital One
PO Box 30285
SLC, UT 841300285

Cash Call
1600 S Douglass Rd
Anaheim, CA 928060000

Check N Go
1294 Bethel Rd.
Columbus, OH 432200000

Check N Go
c/o First Bank of Delaware
1000 Rocky Run Pkwy
Wilmington, DE 198030000

Check into Cash
5017 Olentangy River Rd.
Columbus, OH 432140000

Checkland
3407 McDowell Rd.
Grove City, OH 431230000

Checksmart
170 N. Wilson Rd.
Columbus, OH 432040000

CitiFinancial Auto Corporation
P.O. Box 182287
Columbus, OH 432180000

CitiMortgage, Inc.
1000 Technology Dr.
O&#039;Fallon, MO 633040000

Citifinancial
c/o Complete Credit Solutions
2921 Brown Trail &#035;100
Bedford, TX 760210000

Citifinancial Auto
PO Box 9575
Coppell, TX 750199575

Citimortgage
PO Box 9438
Gaithersburg, MD 208989438

Dept of Housing and Urban Development
451 7th Street S.W.
Washington, DC 204100000

Discover
PO Box 3025
New Albany, OH 430543025

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 430543025

Drs Anesthesia Services
Dept. L2312
Columbus, OH 432602312

Elite Recovery Services
255 Great Arrow Ave. 2nd Flr &#035;15
Buffalo, NY 142070000

Francis Appraisal Group
4801 Overcreek Place
Powell, OH 430650000

Francis Appraisal Group
4801 Overcreek Place
Powell, OH 430658090

GM Card
PO Box 80082
Salinas, CA 939120082

HomeReach
7708 Green Meadows Dr. Ste D
Lewis Center, OH 430350000

Internal Revenue Service
ATTN: Special Procedures
PO Box 21126
Philadelphia, PA 191140000

Internal Revenue Service
PO BOX 21126
Philadelphia, PA 191140000

Internal Revenue Service
POB 21126
Philadelphia, PA 191140000

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 563029617

Just Smiles
2549 Hilliard Rome Rd.
Hilliard, OH 430260000

Knightsbridge Surgery Center
PO Box 632760
Cincinnati, OH 452632760

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 296030587

LabCorp
PO Box 2240
Burlington, NC 272160000

MCI
c/o Park Dansan
113 W. 3rd Ave. PO Box 248
Gastonia, NC  280530248

MCI Long Distance
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Macy's
PO Box 183083
Columbus, OH  432183083

Macys Retail Holdings, Inc.
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA  319020137

MaternOhio
PO Box 712353
Cincinnati, OH  452712353

Mid Ohio Dermatology
c/o David Dachner
2369 E Main St
Columbus, OH  432090000

Mid-Ohio Emergency Services
Akron Billing Center
2620 Ridgewood Rd #300
Akron, OH  443133527

Midwest Physicians Anesthesia
PO Box 633478
Columbus, OH  432280000

NCO Financial
1804 Washington Blvd
Mailstop 450, Dept 03
Baltimore, MD  212300000

National Check Cashers
PO Box 340315
Columbus, OH  432340315

National City Bank
ATTN: Bankruptcy Dept.
PO Box 94982
Cleveland, OH  441010000

National Enterprise Systems
29125 Solon Rd.
Solon, OH  441390000

Nobile & Thompson Co, LPA
4511 Cemetery Rd. Suite B
Hilliard, OH  430260000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
PO Box 530
Columbus, OH  432660030

Ohio Surgery Center
930 Bethel Rd.
Columbus, OH  432141906

OhioHealth Business Office
5350 Frantz Rd.
Dublin, OH  430164259

Ortho & Neuro Consultants
70 S. Cleveland Ave.
Westerville, OH  430810000

Paraskos, Teteris Diaz MD
PO Box 711344
Cincinnati, OH  452711344

Portfolio Recovery Associates, LLC.
P.O. Box 41067
Norfolk, VA  235410000

Premier Anesthesiologists Ltd
PO Box 14845
Columbus, OH  432140845

Reimer & Lorber Co., LPA
PO Box 968
2450 Edison Blvd
Twinsburg, OH  440870000

Southfield Village HOA
c/o PSAM
PO Box 395
Grove City, OH  431230000

Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA  191540000

Teresa Szablewski
845 Township Rd. 1172
Tiffin, OH  448830000

Tom Landis Esq.
3325 Street Rd. #220
Bensalem, PA  190200000

U.S. Attorney General
Main Justice Bldg Rm 5111
10th & Constitution Ave NW
Washington,   205300000

U.S. Department of Education
PO Box 530260
Atlanta, GA  303530000

U.S. District Attorney
303 Marconi, 2nd Floor
Columbus, OH  432150000

US Department of Education
P O Box 13328
Richmond, VA  232250000

US Dept of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX  754035609

US Dept of HUD
c/o Miisha Kennedy
Morris-Griffin corp
2488 E 81ST ST STE 700
TULSA, OK  741370000

Univeristy Otolaryngologists
PO Box 951601
Cleveland, OH  441930018

eCAST Settlement Corporation
Capital One Bank
POB 35480
Newark, NJ  071935480

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Laura Lynn Crumbacher
2284 Maribeth Pl.
Grove City, OH  431230000

Matthew J Thompson
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH  430260000

Steven Thomas Crumbacher
2284 Maribeth Pl.
Grove City, OH  431230000