| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:08-bk-59297<br>Southern District of Ohio<br>Columbus<br>Wed Jul 16 11:02:14 EDT 2014 | AT&T Bankruptcy<br>175 E. Houston St. #100<br>San Antonio, TX 78205-2233 | AT&T Wireless<br>Palisades Collections LLC<br>Vativ Recovery Solutions,LLC, dba SMC<br>PO BOX 40728<br>Houston,TX 77240-0728 |
| American Medical Collection Agency<br>2269 South Saw Mill River Road<br>Building 3<br>Elmsford, NY 10523-3848 | Ameripath Cleveland<br>PO Box 830913<br>Birmingham, AL 35283-0913 | Anne Szablewski<br>2125 Dry Ridge Rd.<br>Grove City, OH 43123-4879 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Attorney General - Rev Rec<br>ATTN: Bankruptcy Staff<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Edward A Bailey<br>30455 Solon Road<br>Solon, OH 44139-3458 |
| CCS Inc.<br>23220 Chagrin Blvd. #400<br>Cleveland, OH 44122-5433 | Capital One<br>PO Box 30285<br>SLC, UT 84130-0285 | Cash Call<br>1600 S Douglass Rd<br>Anaheim CA 92806-5948 |
| Check N Go<br>1294 Bethel Rd.<br>Columbus, OH 43220-2612 | Check N Go<br>c/o First Bank of Delaware<br>1000 Rocky Run Pkwy<br>Wilmington, DE 19803-1455 | Check into Cash<br>5017 Olentangy River Rd.<br>Columbus, OH 43214-1928 |
| Checkland<br>3407 McDowell Rd.<br>Grove City, OH 43123-2934 | Checksmart<br>170 N. Wilson Rd.<br>Columbus, OH 43204-1263 | CitiFinancial Auto Corporation<br>P.O. Box 182287<br>Columbus, OH 43218-2287 |
| CitiMortgage, Inc.<br>1000 Technology Dr.<br>O'Fallon, Missouri 63368-2240 | Citifinancial<br>c/o Complete Credit Solutions<br>2921 Brown Trail #100<br>Bedford, TX 76021-4174 | Citifinancial Auto<br>PO Box 9575<br>Coppell, TX 75019-9509 |
| Citimortgage<br>PO Box 9438<br>Gaithersburg, MD 20898-9438 | Laura Lynn Crumbacher<br>2284 Maribeth Pl.<br>Grove City, OH 43123-4719 | Steven Thomas Crumbacher<br>2284 Maribeth Pl.<br>Grove City, OH 43123-4719 |
| Dept of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | Discover<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 |
| Drs Anesthesia Services<br>Dept. L2312<br>Columbus, OH 43260-2312 | Elite Recovery Services<br>255 Great Arrow Ave. 2nd Flr #15<br>Buffalo, NY 14207-3027 | Francis Appraisal Group<br>4801 Overcreek Place<br>Powell, Ohio 43065-8090 |

| | | |
|---|---|---|
| GM Card<br>PO Box 80082<br>Salinas, CA 93912-0082 | Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016-3241 | HomeReach<br>7708 Green Meadows Dr. Ste D<br>Lewis Center, OH 43035-1116 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Just Smiles<br>2549 Hilliard Rome Rd.<br>Hilliard, OH 43026 |
| Knightsbridge Surgery Center<br>PO Box 632760<br>Cincinnati, OH 45263-2760 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LabCorp<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| MCI<br>c/o Park Dansan<br>113 W. 3rd Ave. PO Box 248<br>Gastonia, NC 28053-0248 | MCI Long Distance<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macy's<br>PO Box 183083<br>Columbus, OH 43218-3083 |
| Macys Retail Holdings, Inc.<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 | MaternOhio<br>PO Box 712353<br>Cincinnati, OH 45271-2353 | Mid Ohio Dermatology<br>c/o David Dachner<br>2369 E Main St<br>Columbus  OH 43209-2421 |
| Mid-Ohio Emergency Services<br>Akron Billing Center<br>2620 Ridgewood Rd #300<br>Akron  OH 44313-3500 | Midwest Physicians Anesthesia<br>PO Box 633478<br>Columbus, OH 43228 | NCO Financial<br>1804 Washington Blvd<br>Mailstop 450, Dept 03<br>Baltimore, MD 21230-1700 |
| National Check Cashers<br>PO Box 340315<br>Columbus, OH 43234-0315 | National City Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 94982<br>Cleveland, OH 44101-4982 | National Enterprise Systems<br>29125 Solon Rd.<br>Solon, OH 44139-3442 |
| Nobile & Thompson Co, LPA<br>4511 Cemetery Rd. Suite B<br>Hilliard, OH 43026-3113 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Dept. of Taxation<br>ATTN: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Ohio Surgery Center<br>930 Bethel Rd.<br>Columbus, OH 43214-1906 | OhioHealth Business Office<br>5350 Frantz Rd.<br>Dublin, OH 43016-4259 | Ortho & Neuro Consultants<br>70 S. Cleveland Ave.<br>Westerville, OH 43081-1398 |
| PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Paraskos, Teteris Diaz MD<br>PO Box 711344<br>Cincinnati, OH 45271-1344 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Anesthesiologists Ltd<br>PO Box 14845<br>Columbus, OH 43214-0845 | Reimer & Lorber Co., LPA<br>PO Box 968<br>2450 Edison Blvd<br>Twinsburg, OH 44087-4335 |
| Southfield Village HOA<br>c/o PSAM<br>PO Box 395<br>Grove City, OH 43123-0395 | Tate & Kirlin Associates<br>2810 Southampton Rd.<br>Philadelphia, PA 19154-1207 | Teresa Szablewski<br>845 Township Rd. 1172<br>Tiffin, OH 44883-8807 |
| Matthew J Thompson<br>Nobile & Thompson Co., L.P.A.<br>4876 Cemetery Road<br>Hilliard, OH 43026-1105 | Tom Landis Esq.<br>3325 Street Rd. #220<br>Bensalem, PA 19020-2021 | U.S. Attorney General<br>Main Justice Bldg Rm 5111<br>10th & Constitution Ave NW<br>Washington, D.C 20530-0001 |
| U.S. Department of Education<br>PO Box 530260<br>Atlanta, GA 30353-0260 | U.S. District Attorney<br>303 Marconi, 2nd Floor<br>Columbus, OH 43215-2326 | US Department of Education<br>P O Box 13328<br>Richmond VA 23225-0328 |
| US Department of Housing & Urban Development<br>c/o Deval LLC<br>1255 Corporate Drive #300<br>Irving, TX 75038-2585 | US Dept of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609 | (p)DEVAL LLC<br>1255 CORPORATE DRIVE<br>STE 300<br>IRVING TX 75038-2585 |
| Univeristy Otolaryngologists<br>PO Box 951601<br>Cleveland, OH 44193-0018 | Flavia Van Heeswijk<br>Citimortgage<br>4600 Houston Road<br>Florence, KY 41042-4820 | Vativ Recovery Solutions, LLC<br>Vativ Recovery Solutions LLC<br>PO Box 40728<br>Houston, TX 77240-0728 |
| eCAST Settlement Corporation<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>ATTN: Special Procedures<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>PO BOX 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>POB 21126<br>Philadelphia  PA  19114 |
| Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541 | US Dept of HUD<br>c/o Miisha Kennedy<br>Morris-Griffin corp<br>2488 E 81ST ST STE 700<br>TULSA, OK 74137 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage, Inc. | (d)Francis Appraisal Group<br>4801 Overcreek Place<br>Powell, Ohio 43065-8090 | (u)Ohio Department of Taxation<br>Ohio department of taxation |
| (u)U.S. Department of HUD c/o Deval LLC<br>1255 Corporate Drive, #300, Irving, TX 7 | End of Label Matrix<br>Mailable recipients    78<br>Bypassed recipients     4<br>Total                  82 | |